1038

[No. 64321-5-I. Division One. November 15, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRON LEE THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-05134-8, Richard D. Eadie, J., entered October 5, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Leach, A.C.J., and Cox, J.

[No. 64328-2-I. Division One. November 15, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAMAINE ISABELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-01889-4, Jeffrey M. Ramsdell, J., entered October 5, 2009. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Becker and Appelwick, JJ.

[No. 64329-1-I. Division One. November 15, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DARREN JAMES HARRELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-12474-2, Michael J. Fox, J., entered October 12, 2009. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Spearman, JJ.

[No. 64339-8-I. Division One. November 15, 2010.]

THE STATE OF WASHINGTON, *Appellant*, v. BRAD ERIC YOUNG, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-05166-4, Christopher A. Washington, J., entered September 21, 2009. *Reversed* and *remanded* by unpublished opinion per Cox, J., concurred in by Appelwick and Lau, JJ.